UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Bethany Scaer<br><br>        Plaintiff,<br><br>v.<br><br>Alison V. Mastin, Kearsarge Regional School Board and Kearsarge Regional School District (SAU #65)<br><br>        Defendants. | Case No. 1:25-cv-00183-JL-TSM |

**JOINT MOTION TO STAY PROCEEDINGS FOR THIRTY-ONE (31) DAYS**

NOW COME the Parties, by and through their attorneys, and respectfully move to for a thirty-one (31) day stay of this action to accommodate the Parties' efforts to resolve the claims. In support hereof, the Parties state as follows:

1. This case was filed on May 15, 2025. After service was completed, Defendants timely answered on June 27, 2025.

2. On June 25, 2025, in advance of the filing of the Answer, Plaintiff filed a Motion for Summary Judgment. Defendants sought – and received – an extension to time to respond to the Motion through and until August 15, 2025.

3. This Court held a preliminary conference in this matter on July 24, 2025, after which the Parties engaged in discussions in an effort to determine whether the claims could be resolved by agreement.

4. The Parties – and counsel – believe that an amicable resolution is possible. They need, however, some additional time to negotiate the terms of a potential resolution.

5. The Parties believe a stay will further that effort by limiting ongoing legal expenses

1

of all parties while the terms of a potential resolution are negotiated.

      6.      The Parties request therefore, that the matter be stay for all purposes for thirty-one (31) days or until (Monday, September 15, 2025).

      7.      If the case has not already been resolved by then, the Parties will submit a joint status report on Monday, September 8, 2025, informing this Court about the status of their negotiations.

      8.      No memorandum is attached hereto as the relief requested is in the discretion of the Court and no legal argument is made herein.

WHEREFORE, the Parties respectfully request that this Court:

      A.      Grant the Motion to Stay and stay the case for all purpose up to and including September 15, 2025; and

      B.      Grant such further relief as justice requires.

      Respectfully submitted,

ALISON V. MASTIN,
KEARSARGE REGIONAL SCHOOL BOARD
and KEARSARGE REGIONAL SCHOOL
DISTRICT (SAU #65)

By their attorneys,

CULLEN COLLIMORE SHIRLEY PLLC

Dated: August 14, 2025      /s/ Brian J.S. Cullen
Brian J.S. Cullen, NH Bar 11265
Jonathan M. Shirley, NH Bar 16494
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500
bcullen@cullencollimore.com
jshirley@cullencollimore.com

2

| | |
|---|---|
| */s/ Roy S. McCandless* | /s/ *Nathan J. Ristuccia* |
| Roy S. McCandless | Nathan J. Ristuccia*[1] |
| New Hampshire Bar No. 11850 | Virginia Bar No. 98372 |
| ROY S. MCCANDLESS, ESQ., PLLC | Brett Nolan* |
| 125 North State Street | DC Bar No. 90014964 |
| Concord, New Hampshire 03301 | INSTITUTE FOR FREE SPEECH |
| Tel: (603) 841-3671, Ext. 101 | 1150 Connecticut Ave., NW |
| Fax: (603) 513-2799 | Suite 801 |
| roysmccandless@gmail.com | Washington, D.C. 20036 |
| | Tel: (202) 301-3300 |
| | Fax: (202) 301-3399 |
| | nristuccia@ifs.org |
| | bnolan@ifs.org |

*Pro hac vice

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: August 14, 2025   /s/ Brian J.S. Cullen
Brian J.S. Cullen

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).