UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALISON V. MASTIN, Chair, Kearsarge Regional School Board, in her official and individual capacities; KEARSARGE REGIONAL SCHOOL BOARD; and KEARSARGE REGIONAL SCHOOL DISTRICT (SAU #65);<br><br>　　　　Defendants. | Case No.  1:25-cv-00183-JL-TSM |

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

NOW COME the Parties, by and through their attorneys, and respectfully request that this Court extend the current stay of this action for an additional thirty (30) days to allow the Parties to finalize a settlement. Parties file this motion in lieu of a status report. In support hereof, the Parties state as follows:

　　1.　This case was filed on May 15, 2025. After service was completed, Defendants timely answered on June 27, 2025.

　　2.　On June 25, 2025, in advance of the filing of the Answer, Plaintiff filed a Motion for Summary Judgment. Defendants sought—and received—an extension of time to respond to the motion through and until August 15, 2025.

　　3.　This Court held a preliminary conference in this matter on July 24, 2025, after which the Parties engaged in discussions to determine whether the claims could be resolved by agreement.

4. As a result, on August 14, 2025, the Parties jointly sought—and this Court granted—a stay of the proceedings to provide time for Parties to negotiate the terms of a potential resolution. The present stay ends on Monday, September 15, 2025.

5. The Parties have reached an agreement on terms and are in the process of executing a settlement agreement release. The parties intend to fully execute the settlement agreement as soon as possible, but they do not believe that they will be able to do so by September 15, 2025.

6. The Parties therefore request that this Court extend the present stay for an additional thirty (30) days or until Wednesday, October 15, 2025).

7. Parties are confident that they will have completed execution well before October 15, 2025. In the event there is an unexpected delay, Parties will submit a joint status report on Wednesday, October 8, 2025.

8. No memorandum is attached hereto as the relief requested is in the discretion of the Court and no legal argument is made herein.

WHEREFORE, the Parties respectfully request that this Court:

A. Grant the Motion to Extend the Stay and stay the case for all purpose up to and including October 15, 2025; and

B. Grant such further relief as justice requires.

                Respectfully submitted,

                ALISON V. MASTIN,
                KEARSARGE REGIONAL SCHOOL
                BOARD and KEARSARGE REGIONAL
                SCHOOL DISTRICT (SAU #65)

                By their attorneys,

                CULLEN COLLIMORE SHIRLEY PLLC

Dated: September 8, 2025      /s/ Brian J.S. Cullen
                                         Brian J.S. Cullen, NH Bar 11265
                                         Jonathan M. Shirley, NH Bar 16494
                                         37 Technology Way, Suite 3W2
                                         Nashua, NH 03060
                                         (603) 881-5500
                                         bcullen@cullencollimore.com
                                         jshirley@cullencollimore.com

| */s/ Roy S. McCandless* | /s/ *Nathan J. Ristuccia* |
|---|---|
| Roy S. McCandless | Nathan J. Ristuccia*[1] |
| New Hampshire Bar No. 11850 | Virginia Bar No. 98372 |
| ROY S. MCCANDLESS, ESQ., PLLC | Brett Nolan* |
| 125 North State Street | DC Bar No. 90014964 |
| Concord, New Hampshire 03301 | INSTITUTE FOR FREE SPEECH |
| Tel: (603) 841-3671, Ext. 101 | 1150 Connecticut Ave., NW |
| Fax: (603) 513-2799 | Suite 801 |
| roysmccandless@gmail.com | Washington, D.C. 20036 |
| | Tel: (202) 301-3300 |
| | Fax: (202) 301-3399 |
| | nristuccia@ifs.org |
| | bnolan@ifs.org |

*Pro hac vice*

*Counsel for Plaintiff*

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).

## **CERTIFICATE OF SERVICE**

  I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.


Dated:  September 8, 2025   /s/ Nathan J Ristuccia
                Nathan J. Ristuccia